IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. PRICHARD                                              PLAINTIFF

VS.                           Case No. 04-CV-4089

H. L. PHILLIPS, Miller County Sheriff;
JEFF BLACK, Warden, Miller County
Detention Center; JOHN DOE, Chief
of Security, Miller County Detention
Center                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 5, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 46) The Report and Recommendations suggest granting Defendants' Motion for Summary Judgment (Doc. 37) and dismissing Prichard's claims with prejudice. Plaintiff has not filed timely objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Defendants' Motion for Summary Judgment should be and hereby is granted and that this case should be and hereby is dismissed.

IT IS SO ORDERED, this 19th day of January, 2006.

                                      /s/ Harry F. Barnes
                                      Hon. Harry F. Barnes
                                      U.S. District Court